UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:17-cv-21326-MGC

**MARGARET BLANCO**,

    Plaintiff,

vs.

**ROYAL CARIBBEAN CRUISES, LTD.**,
a Liberian corporation,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

    The Parties, by and through their respective counsel, and pursuant to Federal Rules of Civil Procedure and the Court's trial Order [ECF No.13], hereby notify the Court that the parties have reached an amicable settlement of all claims in the above-styled matter with each party to bear its own attorneys' fees and costs. The parties are in the process of drafting the terms and conditions of the settlement agreement, and a Joint Stipulation of Dismissal and proposed Order of Dismissal with Prejudice will be filed forthwith pursuant to satisfaction of the settlement terms.

    Respectfully submitted this 9th day of October, 2017.

By: __/s/ Adam Rose__
Ira H. Leesfield (FBN 140270)
leesfield@leesfield.com
Adam T. Rose (FBN 123673)
rose@leesfield.com
Leesfield Scolaro, P.A.
2350 South Dixie Highway
Miami, Florida 33133
T: 305-854-4900
F: 305-854-8266
*Attorney for Plaintiff*

By: __/s/ Bryan Probst__
Bryan E. Probst (FBN 571881)
bprobst@rccl.com
ROYAL CARIBBEAN CRUISES LTD.
1050 Caribbean Way
Miami, Florida 33132
Tel. (305) 982-2956
Fax (305) 539-6561
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on <u>October 9, 2017</u>, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

## SERVICE LIST

| | |
|---|---|
| Ira H. Leesfield (FBN 140270)<br>leesfield@leesfield.com<br>Adam T. Rose (FBN 123673)<br>rose@leesfield.com<br>Leesfield Scolaro, P.A.<br>2350 South Dixie Highway<br>Miami, Florida 33133<br>T: 305-854-4900<br>F: 305-854-8266<br>*Attorney for Plaintiff* | Bryan E. Probst (FBN 571881)<br>bprobst@rccl.com<br>ROYAL CARIBBEAN CRUISES LTD.<br>1050 Caribbean Way<br>Miami, Florida 33132<br>Tel. (305) 982-2956<br>Fax (305) 539-6561<br>*Attorneys for Defendant* |